**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Sean M. Blakely (SBN 264384)
sblakely@haineslawgroup.com
Diana M. Martinez (SBN 322654)
dmartinez@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff

KRISTA M. CABRERA, CA Bar No. 190595
    kcabrera@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant

[*Additional Counsel on Next Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARIO OATES, as an individual and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>AMCOR RIGID PLASTICS USA, LLC, a Delaware limited liability company; and DOES 1 through 100,<br><br>     Defendants. | CASE NO. 2:19-CV-01045-KJM-CKD__<br><br>[*Assigned to the Hon. Kimberly J. Mueller*]<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER**<br><br>Action Filed: April 4, 2019<br>Trial Date: None set |

1

KALEB N. BERHE, CA Bar No. 302080
    kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:    213.486.0065

Attorneys for Defendant

2

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs James Oates and Marcus Hammond ("Plaintiffs"), on the one hand, and Defendant Amcor Rigid Plastics USA, LLC ("Defendant"), on the other, (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 4, 2019, Plaintiff filed a class action complaint in the Superior Court for the State of California for the County of Solano, Case No. FCS 052653 (the "Class Action"), alleging wage and hour violations under California law;

WHEREAS, Defendant removed the Class Action to the United States District Court, Eastern District of California, Case No. 2:19-CV-01045-KJM-CKD, on or about June 6, 2019;

WHEREAS, Plaintiffs dispute whether Defendant's removal of the Class Action under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453 ("CAFA") was proper and whether the Court has subject matter jurisdiction over the Class Action;

WHEREAS, the Parties attended a mediation session on February 19, 2020 with the Honorable Peter D. Lichtman (Ret.), and prior to mediation, the Parties exchanged substantial information and documents to facilitate settlement discussions;

WHEREAS, after extensive investigation and discovery, the Parties have determined that the amount in controversy in the Class Action is less than $5 million, the jurisdictional minimum required for subject matter jurisdiction under the CAFA is not met, and it would be proper for the Class Action to be remanded to the Superior Court for the State of California for the County of Solano in order to preserve this Court's judicial resources. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter

3

1  jurisdiction, the case *shall* be remanded.") (emphasis added);

2      WHEREAS, the Parties are also aware of heavy caseload for the judges in

3  the Eastern District of California and believe that remand is appropriate to conserve

4  the judicial resources in this district. *See* Standing Order In Light of Ongoing

5  Judicial Emergency in the Eastern District of California ("The judges of the United

6  States District Court for the Eastern District of California have long labored under

7  one of the heaviest caseloads in the nation even when operating with a full

8  complement of six authorized District Judges…").

9      THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the

10  Class Action be remanded to the Superior Court for the State of California for the

11  County of Solano, where the Class Action was first filed, that all class certification

12  motion  deadlines be vacated, and that the Parties agree to bear their own attorneys'

13  fees and costs with respect to the removal and subsequent remand of the Class

14  Action.

15  **IT SO STIPULATED.**

16                          Respectfully submitted,

17

18  Dated: April 16, 2020          **HAINES LAW GROUP, APC**

19

20                  By:   _/s/ Paul K. Haines_____
                          Paul K. Haines
21                          Sean M. Blakely
22                          Attorneys for Plaintiff

23  Dated: April 16, 2020          **FOLEY & LARDNER LLP**

24

25                  By:   __/s/ Krista M. Cabrera (as authorized on
26                          April 16, 2020)_____
27                          Krista M. Cabrera
                            Attorneys for Defendant
28

4

JOINT STIPULATION RE REMAND; ORDER

1                                             **<u>ORDER</u>**

2       After reviewing the "Parties' Stipulation to Remand Removed Action (the

3 "Stipulation"), and with GOOD CAUSE appearing therefore, the Court orders as

4 follows:

5          1. The Stipulation is approved and the request for remand is granted.

6          2. Eastern District of California Case No. 2:19-CV-01045-KJM-CKD is

7              hereby remanded to the Superior Court for the State of California for the

8              County of Solano.

9      **IT IS SO ORDERED.**

10 Dated: April 21, 2020.

11

12                           CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE REMAND; ORDER